IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Toole Jr, Donald E

Printed: 5/27/08

Case Number: 06 B 12793
Judge: Wedoff, Eugene R
Filed: 10/8/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 10, 2008
Confirmed: November 30, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 22,600.00 |  |
| Secured: |  | 19,272.80 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,150.00 |
| Trustee Fee: |  | 1,177.20 |
| Other Funds: |  | 0.00 |
| Totals: | 22,600.00 | 22,600.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Joseph P Doyle | Administrative | 2,150.00 | 2,150.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | AmeriMark Bank | Secured | 0.00 | 0.00 |
| 4. | DuPage Credit Union Loan | Secured | 7,362.48 | 3,135.00 |
| 5. | Rogers & Hollands Jewelers | Secured | 276.48 | 177.97 |
| 6. | Bassett Furniture | Secured | 500.00 | 500.00 |
| 7. | Honda Finance Services | Secured | 13,227.18 | 6,435.00 |
| 8. | Chase Home Finance | Secured | 48,197.63 | 9,024.83 |
| 9. | Illinois Dept of Revenue | Priority | 5,595.88 | 0.00 |
| 10. | Rogers & Hollands Jewelers | Unsecured | 55.12 | 0.00 |
| 11. | Capital One | Unsecured | 171.45 | 0.00 |
| 12. | DuPage Credit Union Loan | Unsecured | 386.33 | 0.00 |
| 13. | Canon Financial | Unsecured | 19,715.27 | 0.00 |
| 14. | Anjelica M Onischuk | Unsecured | 5,859.27 | 0.00 |
| 15. | AmeriMark Bank | Unsecured | 2,083.61 | 0.00 |
| 16. | BFC Forms Service | Unsecured | 4,964.34 | 0.00 |
| 17. | Illinois Dept of Revenue | Unsecured | 761.59 | 0.00 |
| 18. | Sprint Nextel | Unsecured | 361.60 | 0.00 |
| 19. | Yellow Book | Unsecured | 245.70 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 159.02 | 0.00 |
| 21. | Canon Financial | Secured |  | No Claim Filed |
| 22. | Graphic Inc | Unsecured |  | No Claim Filed |
| 23. | Creditors Resource Service | Unsecured |  | No Claim Filed |
| 24. | Advanced Audi Technology | Unsecured |  | No Claim Filed |
| 25. | Yates & Associates | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Toole Jr, Donald E | | Case Number: | 06 B 12793 |
|---|---|---|---|---|
| | | | Judge: | Wedoff, Eugene R |
| | Printed: 5/27/08 | | Filed: | 10/8/06 |

| | | | | |
|---|---|---|---|---|
| 26. | Brinks | Unsecured | | No Claim Filed |
| 27. | Echo Graphics, Inc | Unsecured | | No Claim Filed |
| 28. | Michael Leskauskas | Unsecured | | No Claim Filed |
| 29. | Northwest Community Hospital | Unsecured | | No Claim Filed |
| 30. | Northwest Radiology Assoc S | Unsecured | | No Claim Filed |
| 31. | Shadow Landscaping Inc | Unsecured | | No Claim Filed |
| 32. | R H Donnelly Publishing | Unsecured | | No Claim Filed |
| 33. | Village of Arlington Heights | Unsecured | | No Claim Filed |
| 34. | Superior Copies Inc | Unsecured | | No Claim Filed |
| 35. | R H Donnelly Publishing | Unsecured | | No Claim Filed |
| 36. | Yates & Associates | Unsecured | | No Claim Filed |
| 37. | Spiral Binding Co Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 112,072.95 | $ 21,422.80 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 345.60 |
| 5.4% | 831.60 |
| | _____ |
| | $ 1,177.20 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

